UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS     WESTERN DIVISION

---

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, by Barbara Lane, as Administrative Manager; LOCAL 98 ENGINEERS JOINT TRAINING, RETRAINING, SKILL IMPROVEMENT, SAFETY EDUCATION, APPRENTICESHIP AND TRAINING FUND, by Barbara Lane, as Administrative Manager; INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 AND EMPLOYERS COOPERATIVE TRUST, by William Sullivan and Eugene P. Melville, Jr., as Trustees; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, by Michael R. Fanning, as Chief Executive Officer; and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98, AFL-CIO, by Eugene P. Melville, Jr., as Business Manager, | |
| Plaintiffs, | STIPULATION AND ORDER OF CONDITIONAL DISCONTINUANCE |
| v. | Civil Action No.: 09-30178 (KPN) MAP |
| GAGLIARDUCCI CONSTRUCTION, INC.; JEROME GAGLIARDUCCI, Individually and as an Officer of GAGLIARDUCCI CONSTRUCTION, INC., | |
| Defendants. | |

---

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned, the attorneys of record for all parties in the action, stipulate that the above captioned action shall be dismissed without prejudice to the Plaintiffs' right to reopen the case and proceed with entry of judgment if

Defendants violate the terms and conditions of the Stipulation of Settlement executed by Defendants on August 6, 2010.

Dated: August ___, 2010

**O'REILLY, GROSSO & GROSS, P.C.**

By: _____
John D. O'Reilly, III, Esq.
Attorneys for Defendants
Office and Post Office Address
1671 Worchester Road, Suite 205
Framingham, Massachusetts 01701-5400
Telephone: (508) 620-0055
Facsimile: (508) 620-7655

Dated: August 30, 2010

**BLITMAN & KING LLP**

By: _____
Daniel R. Brice, of Counsel
Attorneys for Plaintiffs
Office and Post Office Address
443 North Franklin Street, Suite 300
Syracuse, New York 13204-1415
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: drbrice@bklawyers.com

IT IS ORDERED:

_____
Honorable ~~Kenneth P. Neiman~~ MICHAEL A. PONSOR
United States District ~~Court Magistrate~~ Judge

Sept. 10, 2010

coll\lgl\IUOE98-Gagliarducci Dismissal

2